UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jeffrey B. Earl, Trustee of THE BANKRUPTCY ESTATE OF PETER A. TORKILD and on behalf of PETER A. TORKILD and JULIA A. TORKILD, a married couple, jointly and individually,<br><br>                Plaintiffs,<br><br>-vs-<br><br>THE DEPARTMENT OF FINANCIAL INSTITUTIONS, a Washington State Agency; and THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, a Washington State Agency, and John Does 1-10,<br><br>                Defendants, | NO.   CV-11-0329-WFN<br><br>ORDER ON STIPULATION TO DISMISS WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (ECF No. 15). The parties to this matter, Plaintiff Jeffrey B. Earl, Bankruptcy Trustee of the Estate of Peter A. Torkild and Julia A. Torkild, and the Defendants State of Washington, Department of Financial Institutions ("DFI") and Office of the Attorney General ("AGO"), acting by and through Robert M. McKenna, Attorney General, and Daniel J. Judge, Senior Counsel, have signed a Stipulation agreeing to the dismissal of this case with prejudice.

The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.
2. Each party shall bear their own attorney's fees and costs.

ORDER - 1

1  The District Court Executive is directed to file this Order, provide copies to counsel
2  and **CLOSE THIS FILE**.
3      **DATED** this 6th day of March, 2012.

|   |   |
|---|---|
|   | s/ Wm. Fremming Nielsen |
| 03-06-12 | WM. FREMMING NIELSEN<br>SENIOR UNITED STATES DISTRICT JUDGE |

ORDER - 2